ERIC GRANT
United States Attorney
DENNIS L. LEWIS
Special Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:25-CR-00127-KES-BAM |
|---|---|
| Plaintiff, | |
| v. | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| JAVIER PACHECO-TORRES, | |
| Defendant. | DATE: September 10, 2025, TIME: 1:00 p.m. COURT: Hon. Barbara A. McAuliffe |

STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a status conference on September 10, 2025,.

2. By this stipulation, defendant now moves to continue the status conference until November 12, 2025, at 1:00 p.m., and to exclude time between September 10, 2025,, and November 12, 2025, inclusive, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) Counsel for defendant desires additional time to consult with his client and, review the discovery with him in light of a new plea negotiations with the Government to resolve all matters before the Court for this defendant.

    b) Counsel for defendant believes that failure to grant the above-requested

continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    c)    The government does not object to the continuance.

    d)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    e)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 10, 2025, to November 12, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(i) and B(iv) [Local Code T4] because the case is so unusual, due to the nature of the prosecution, or the existence of novel questions of fact or law, that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by this section. This stipulation also results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: September 3, 2025

ERIC GRANT
United States Attorney

/s/ DENNIS L LEWIS
DENNIS L LEWIS
Special Assistant United States Attorney

STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT

2

Dated:  September 3, 2025          /s/ VICTOR M. CHAVEZ
VICTOR M. CHAVEZ
Counsel for Defendant
JAVIER PACHECO-TORRES

## FINDINGS AND ORDER

The status conference in the above-entitled case is hereby continued from the previously set date of September 10, 2025, to **November 12, 2025, at 1:00p.m. before Magistrate Judge Barbara A. McAuliffe**. The time period of September 10, 2025, to November 12, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv). All other orders remain in full force and effect.

IT IS SO ORDERED.

Dated:  **September 4, 2025**        /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE